## UNITED STATES BANKRUPTCY COURT

### District of Nebraska

In Re:  Sanitary and Improvement District #509        Case No.  09-83145
**Debtor**                                            (if known)
                                                      Chapter  9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1  Allan Lozier<br>Dianne S Lozier TTES<br>6336 Pershing Dr<br>Omaha NE 68110 | | | | 2,246,664.35 |
| 2  D.A. Davidson & Co<br>John E Kuehl<br>1111 N 102nd Court, Suite 300<br>Omaha NE 68114 | | | | 1,616,199.15 |
| 3  Ronald Cizek Family Trust<br>Ronald J Cizek TTEE<br>17427 Island Circle<br>Bennington NE 68007 | | | | 695,500 |
| 4  Wells Fargo for Robert Baker<br>Wells Fargo Bank NE<br>13625 California St Suite 200<br>Omaha NE 68154 | | | | 535,000 |

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 5 | Michael J Hogan<br>818 Tara Plaza<br>Papillion NE 68046-2044 | | | | 442,447.68 |
| 6 | Timothy O'Neil Trust<br>Timothy O'Neill TTEE<br>2303 So 89th Court<br>Omaha NE 68124 | | | | 411,950 |
| 7 | Mary L Traudt Rev Trust<br>Mary L Traudt TTEE<br>1390 Caxambas Court<br>Marco Island FL 34145-6602 | | | | 408,103.54 |
| 8 | Booth & Co/Northerm Trust for J. Baker<br>Attn: Rubie Vega<br>2nd Street, Suite 1401<br>Jersey City, NJ 07311 | | | | 267,500 |
| 9 | Home State Bank<br>218 Main St<br>Louisville NE 68037 | | | | 160,500 |
| 10 | Robert Reed Successor TTEE<br>Robert A Reed Rev Trust<br>9728 Nottingham Dr<br>Omaha NE 68114 | | | | 149,800 |
| 11 | Leonard Pacer Living Trust<br>Leonard A Pacer TTEE<br>5707 S 119th Plz<br>Omaha NE 68137 | | | | 112,350 |
| 12 | Censtat Financial Services<br>1212 N 96th St<br>Omaha NE 68134-0350 | | | | 107,000 |

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 13 | James Maenner<br>11213 Davenport St Suite 300<br>Omaha NE 68154-2604 | | | | 107,000 |
| 14 | Progressive Municipal Bond<br>12829 W Dodge Rd<br>Omaha NE 68154 | | | | 107,000 |
| 15 | Richard Peterson<br>1036 Skyline Dr<br>Elkhorn NE 68022 | | | | 103,752.09 |
| 16 | Dan Smith IRA<br>DA Davidson Cust for Dan Smith IRA<br>1111 N 102nd Court, Suite 300<br>Omaha NE 68114 | | | | 96,313.69 |
| 17 | Robert Wellendorf Rev Trust<br>Robert Wellendorf TTEE<br>1145 Skyline Drive<br>Omaha NE 68022-1731 | | | | 96,300 |
| 18 | Donald Gary Kathol IRA<br>DA Davidson Cust for Donald Gary Kathol FL VR IRA<br>6016 Country Club Oaks Place<br>Omaha NE 68152 | | | | 96,300 |
| 19 | Joann Glasshoff<br>12202 S 234th St<br>Gretna NE 68028-4720 | | | | 92,324.25 |
| 20 | Howard Friedman<br>26657 Blondo Court<br>Waterloo NE 68069 | | | | 80,307.31 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, the undersigned authorized agent of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

_____        X  /s/ John E. Kuehl_____
Date                                                                       Signature of Authorized Individual

                                                                           John E. Kuehl, Authorized Representative
                                                                           Printed Name and Title