In Re: _____Sanitary and Improvement District #509_____    Case No. __09-83145__
           **Debtor**                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

_____    _____
              Date                                                                     **Signature of Debtor**

_____    _____
              Date                                                               **Signature of Joint Debtor**

\* \* \* \* \* \*

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____
_____
    Address

X _____    _____
   Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*   11 U.S.C. § 110; 18 U.S.C. § 156.

\* \* \* \* \* \*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

                                                                                              **/s/ John E. Kuehl**
_____    _____
              Date                                                               **Signature of Authorized Individual**

    Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. § 152 and 3571.

In Re: _____Sanitary and Improvement District #500_____     Case No. _____09-83145_____
                              **Debtor**                                          (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Park Property and other Dedicated Public Property within the District | Fee simple | | Approximately $1,000.00 | |
| | | Total | $1,000.00 | |

In Re: _____Sanitary and Improvement District #5_____    Case No. _____09-83145_____
                          **Debtor**                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property". If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | County Treasurer (as of June, 2009) | | $27,186.82 |
| 2. Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Official Form 6B (12/07)

Case 09-83145-TJM    Doc 6    Filed 11/19/09    Entered 11/19/09 17:12:00    Desc Main
Document    Page 4 of 17

In Re: _____Sanitary and Improvement District #500_____    Case No. _____09-83145_____
                              **Debtor**                                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | 1. Special assessments (principal as of June, 2009)<br><br>2. Investments (as of June, 2009)<br><br>3. Future tax receipts | | 1. $3,283,064.35<br><br>2. $754,090.64<br><br>3. Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total | $3,908,833.54 |

Official Form 6F (12/07)

In Re: Sanitary and Improvement District #509                    Case No. 09-83145
             **Debtor**                                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX6169<br><br>Allan Lozier<br>Dianne S Lozier TTES<br>6336 Pershing Dr<br>Omaha NE 68110 | | | Construction Fund Warrants | | | | 2,246,664.35 |
| Account Number: XXXX8819<br><br>D.A. Davidson & Co<br>John E Kuehl<br>1111 N 102nd Court, Suite 300<br>Omaha NE 68114 | | | Construction Fund Warrants | | | | 1,616,199.15 |
| Account Number: XXXX9913<br><br>Ronald Cizek Family Trust<br>Ronald J Cizek TTEE<br>17427 Island Circle<br>Bennington NE 68007 | | | Construction Fund Warrants | | | | 695,500 |
| Account Number: XXXX 4634<br><br>Michael J Hogan<br>818 Tara Plaza<br>Papillion NE 68046-2044 | | | Construction Fund Warrants | | | | 442,447.68 |
| | | | | | | Subtotal | $5,000,811.18 |

    9    continuation sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In Re: Sanitary and Improvement District #509     Case No. 09-83145
**Debtor**                                                (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Wells Fargo for Robert Baker<br>Wells Fargo Bank NE<br>13625 California St Suite 200<br>Omaha NE 68154 | | | Construction Fund Warrants | | | | 535,000 |
| Account Number: XXXX 2037<br>Timothy O'Neil Trust<br>Timothy O'Neill TTEE<br>2303 So 89th Court<br>Omaha NE 68124 | | | Construction Fund Warrants | | | | 411,950 |
| Account Number: XXXX 4327<br>Mary L Traudt Rev Trust<br>Mary L Traudt TTEE<br>1390 Caxambas Court<br>Marco Island FL 34145-6602 | | | Construction Fund Warrants | | | | 408,103.54 |
| Account Number:<br>Booth & Co/Northerm Trust for J. Baker<br>Attn: Rubie Vega<br>2nd Street, Suite 1401<br>Jersey City, NJ 07311 | | | Construction Fund Warrants | | | | 267,500 |
| Account Number: XXXX 4813<br>Home State Bank<br>218 Main St<br>Louisville NE 68037 | | | Construction Fund Warrants | | | | 160,500 |
| Account Number: XXXX 2303<br>Robert Reed Successor TTEE<br>Robert A Reed Rev Trust<br>9728 Nottingham Dr<br>Omaha NE 68114 | | | Construction Fund Warrants | | | | 149,800 |
| Account Number: XXXX 4649<br>Leonard Pacer Living Trust<br>Leonard A Pacer TTEE<br>5707 S 119th Plz<br>Omaha NE 68137 | | | Construction Fund Warrants | | | | 112,350 |
| | | | | | | Subtotal | $2,045,203.54 |
| | | | | | | Total | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Sanitary and Improvement District #509                                 Case No.    09-83145
                                **Debtor**                                                  (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 0101<br><br>Censtat Financial Services<br>1212 N 96th St<br>Omaha NE 68134-0350 | | | Construction Fund Warrants | | | | 107,000 |
| Account Number: XXXX 0497<br><br>James Maenner<br>11213 Davenport St Suite 300<br>Omaha NE 68154-2604 | | | Construction Fund Warrants | | | | 107,000 |
| Account Number: XXXX 6677<br><br>Progressive Municipal Bond<br>12829 W Dodge Rd<br>Omaha NE 68154 | | | Construction Fund Warrants | | | | 107,000 |
| Account Number: XXXX 0934<br><br>Richard Peterson<br>1036 Skyline Dr<br>Elkhorn NE 68022 | | | Construction Fund Warrants | | | | 103,752.09 |
| Account Number: XXXX 4568<br><br>Dan Smith IRA<br>DA Davidson Cust for Dan Smith IRA<br>1111 N 102nd Court, Suite 300<br>Omaha NE 68114 | | | Construction Fund Warrants | | | | 96,313.69 |
| Account Number: XXXX 1283<br><br>Robert Wellendorf Rev Trust<br>Robert Wellendorf TTEE<br>1145 Skyline Drive<br>Omaha NE 68022-1731 | | | Construction Fund Warrants | | | | 96,300 |
| Account Number: XXXX 5676<br><br>Donald Gary Kathol IRA<br>DA Davidson Cust for Donald Gary Kathol FL VR IRA<br>6016 Country Club Oaks Place<br>Omaha NE 68152 | | | Construction Fund Warrants | | | | 96,300 |
| | | | | | | Subtotal | $713,665.78 |
| | | | | | | Total | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Sanitary and Improvement District #509     Case No.: 09-83145

**Debtor**     (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 6310<br>Joann Glasshoff<br>12202 S 234th St<br>Gretna NE 68028-4720 | | | Construction Fund Warrants | | | | 92,324.25 |
| Account Number: XXXX 8418<br>Howard Friedman<br>26657 Blondo Court<br>Waterloo NE 68069 | | | Construction Fund Warrants | | | | 80,307.31 |
| Account Number: XXXX 4630<br>Bonnie Pacer Living Trust<br>Bonnie Pacer TTEE<br>5707 S 119 Plz<br>Omaha NE 68137 | | | Construction Fund Warrants | | | | 74,900 |
| Account Number: XXXX 8423<br>Hubert H Friedtman TTEE<br>Friedman Intervivos Rev Trust<br>30 Shoreline Dr<br>Rancho Mirage CA 92270 | | | Construction Fund Warrants | | | | 70,330.02 |
| Account Number: XXXX 1235<br>Richard Vomacka<br>Virginia Vomacha JTTEN<br>3624 S 55th St<br>Omaha NE 68106 | | | Construction Fund Warrants | | | | 59,778.24 |
| Account Number: XXXX 1631<br>J G Verzal<br>5038 Bancroft Circle<br>Omaha, NE 68106 | | | Construction Fund Warrants | | | | 53,500 |
| Account Number: XXXX 2605<br>Margaret Jones<br>432 N 38th St<br>Omaha NE 68131 | | | Construction Fund Warrants | | | | 53,500 |

Subtotal     $484,639.82

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Sanitary and Improvement District #509    Case No. 09-83145
**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 0529<br><br>David Maenner<br>14114 Eagle Run Dr<br>Omaha NE 68164 | | | Construction Fund Warrants | | | | 53,500 |
| Account Number: XXXX 4426<br><br>Louis A Rich TTEE<br>Beverly W Rich Family Tr 1/1/00<br>11735 N 131 Way<br>Scottsdale AZ 85259 | | | Construction Fund Warrants | | | | 53,500 |
| Account Number: XXXX 3204<br><br>Toni M Shreve Rev Trust<br>Toni M Shreve TTEE<br>2659 S 96th Circle<br>Omaha NE 68124 | | | Construction Fund Warrants | | | | 53,500 |
| Account Number: XXXX 0905<br><br>John Petrus Trust<br>John Petrus TTEE<br>516 Cogleywood Lane<br>Council Bluffs IA 51503 | | | Construction Fund Warrants | | | | 53,360.02 |
| Account Number: XXXX 8154<br><br>Frances Bushey<br>1861 N 115 Plaza #3607<br>Omaha NE 68154 | | | Construction Fund Warrants | | | | 42,800 |
| Account Number: XXXX 4653<br><br>John Sturgeon IRA<br>DA Davidson Cust for John A Sturgeon IRA<br>19961 Markward Crossing<br>Estero FL 33928 | | | Construction Fund Warrants | | | | 42,800 |
| Account Number: XXXX 4547<br><br>Milton Saylan<br>Rosalie Saylan TTEES<br>9804 Nicholas St #234<br>Omaha NE 68114 | | | Construction Fund Warrants | | | | 38,352.96 |

Subtotal  $337,812.98

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 4 of 9 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 4064<br><br>Nancy Gilmore<br>TOD Account<br>9741 Nottingham Dr.<br>Omaha NE 68114 | | | Construction Fund Warrants | | | | 37,450 |
| Account Number: XXXX 0202<br><br>Todd Dunker<br>Barbara F Dunker JTTEN<br>25525 Blondo St<br>Waterloo NE 68069 | | | Construction Fund Warrants | | | | 32,619.38 |
| Account Number: XXXX 1316<br><br>CHOMAC LLC<br>1510 S 152nd Ave Cir<br>Omaha NE 68144 | | | Construction Fund Warrants | | | | 32,100 |
| Account Number: XXXX 0388<br><br>Michael Devereaux<br>Special Account<br>12942 Old Cherry Rd<br>Omaha NE 68137-4315 | | | Construction Fund Warrants | | | | 32,100 |
| Account Number: XXXX 6869<br><br>Fred Hunzeker<br>3402 N 216th<br>Elkhorn NE 68022 | | | Construction Fund Warrants | | | | 32,100 |
| Account Number: XXXX 4566<br><br>Craig Saylan Living Trust<br>Craig A Saylan &<br>9804 Nicholas St #234<br>Omaha NE 68114 | | | Construction Fund Warrants | | | | 32,100 |
| Account Number: XXXX 8215<br><br>SISMAC LLC<br>1510 S 152nd Ave Cir<br>Omaha NE 68144 | | | Construction Fund Warrants | | | | 32,100 |

Subtotal $230,569.38

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Sheet no. __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Sanitary and Improvement District #509     Case No. 09-83145
**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 4020<br>Marilyn Tiernan<br>TOD Account<br>239 Randall St<br>San Francisco CA 94131 | | | Construction Fund Warrants | | | | 32,100 |
| Account Number: XXXX 9896<br>Elise Greenberg Kreisberg<br>Amy Greenberg Sachnoff TTEES<br>4409 Manor Circle<br>Sioux City IA 51104 | | | Construction Fund Warrants | | | | 31,450.32 |
| Account Number: XXXX 2112<br>Donald Nissen<br>Doris J Nissen JTTEN<br>608 Pierce<br>Norfolk NE 68701 | | | Construction Fund Warrants | | | | 30,843.68 |
| Account Number: XXXX 4753<br>Joseph Caniglia<br>Loretta M Caniglia TTEE<br>6769 Valley St<br>Omaha NE 68106 | | | Construction Fund Warrants | | | | 26,750 |
| Account Number: XXXX 0421<br>Robert T Marcotte Rev Trust<br>Robert D Marcotte TTEE<br>10082 Fieldcrest Dr<br>Omaha NE 68114-4939 | | | Construction Fund Warrants | | | | 26,750 |
| Account Number: XXXX 2273<br>William McVey<br>Janet E McVey JTTEN<br>#1 Westlake Village<br>Council Bluffs IA 51501 | | | Construction Fund Warrants | | | | 24,775.30 |
| Account Number: XXXX 9702<br>Elise Greenberg<br>600 Fourth St. Ste 1003<br>Sioux City IA 51102 | | | Construction Fund Warrants | | | | 23,373.50 |

Subtotal   $196,042.80

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Sanitary and Improvement District #509     Case No: 09-83145
                **Debtor**                                                                          (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 9636<br>Louise Greenberg<br>619 Wildwood Dr<br>Joliet IL 60435 | | | Construction Fund Warrants | | | | 22,905.49 |
| Account Number: XXXX 2691<br>Richard Crotty<br>421 W Broadway Suite 311<br>Council Bluffs IA 51503-9046 | | | Construction Fund Warrants | | | | 22,159.99 |
| Account Number: XXXX 9940<br>Amy Beth Greenberg-Sachnoff Rev Tr<br>Amy Beth Greenberg-Sachnoff TTEE<br>835 46th St<br>Sioux City IA 51104 | | | Construction Fund Warrants | | | | 21,945.03 |
| Account Number: XXXX 8334<br>Chris Bird<br>Patricia Bird JTTEN<br>19660 Dutch Hall Rd<br>Bennington NE 68007 | | | Construction Fund Warrants | | | | 21,400 |
| Account Number: XXXX 9238<br>J Yvette Elmore<br>TOD Account<br>9 Garrison Dr<br>Columbia MO 65201-5407 | | | Construction Fund Warrants | | | | 21,400 |
| Account Number: XXXX 4346<br>Louis Rich Family Trust<br>Louis A Rich TTEE<br>11735 No 131 Way<br>Scottsdale AZ 85259 | | | Construction Fund Warrants | | | | 21,400 |
| Account Number: XXXX 0186<br>Jerry Simon<br>Diane Simon JTTEN<br>989 Kenoma Ave E<br>Venice FL 34285 | | | Construction Fund Warrants | | | | 21,400 |

                                                           Subtotal      $152,610.51

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 7 of 9 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Sanitary and Improvement District #509     Case No.: 09-83145

**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 3869<br><br>E Kreisberg L Freeman A Greenberg-Sachnoff Co TTEES<br>Greenberg Mrtl Gst Non Exmp<br>600 Fourth St. Ste 1003<br>Sioux City, IA 51102 | | | Construction Fund Warrants | | | | 20,000 |
| Account Number: XXXX 1264<br><br>Douglas C Walter<br>Theresa L Walter JTTEN<br>1510 So 152 Ave Circle<br>Omaha NE 68144 | | | Construction Fund Warrants | | | | 18,399.30 |
| Account Number: XXXX 7826<br><br>John Harvey<br>Patricia L Harvey JTTEN<br>5301 Jackson St<br>Omaha NE 68106 | | | Construction Fund Warrants | | | | 10,700 |
| Account Number: XXXX 6807<br><br>Michael Walter UGMA<br>Douglas C Walter Cust for Michael Walter<br>1510 S 152nd Ave Cir<br>Omaha NE 68144 | | | Construction Fund Warrants | | | | 10,700 |
| Account Number: XXXX 4351<br><br>Julia Travis Rev Trust<br>Julia M Travis TTEE<br>1634 Pepperwood Dr<br>St Louis MO 63146 | | | Construction Fund Warrants | | | | 10,700 |
| Account Number: XXXX 3874<br><br>E Kreisberg L Freeman A Greenberg-Sachnoff Co TTEES<br>Greenberg Resid Gst Exp Tst<br>600 Fourth St. Ste 1003<br>Sioux City IA 51102 | | | Construction Fund Warrants | | | | 8,615.82 |
| Account Number: XXXX 4514<br><br>Rosalie Saylan<br>Milton Saylan TTEES<br>9804 Nicholas St #234<br>Omaha NE 68114 | | | Construction Fund Warrants | | | | 5,350 |

Subtotal    $84,465.12

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Sanitary and Improvement District #509_____    Case No. _____09-83145_____
   **Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: XXXX 3850<br>E Kreisberg L Freeman  A Greenberg-Sachnoff Co TTEES<br>Greenberg Resid Gst Non Exp<br>600 Fourth St. Ste 1003<br>Sioux City IA 51102 | | | Construction Fund Warrants | | | | 2,003.11 |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| | | | | | | Subtotal | $2,003.11 |
| | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $9,247,824.22 |

Sheet no. __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims