UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-83145 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #509 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | APPLICATION FOR PAYMENT OF |
| | ) | ADMINISTRATIVE EXPENSES |
| Debtor. | ) | |

Sanitary and Improvement District #509 of Douglas County, Nebraska, Debtor-in-possession, by and through its attorney of record, hereby makes this Application for payment of expenses related to the administration of the estate in these pleadings.

Necessary costs and expenses of preserving the estate through December 22, 2009, allowable under the terms of 11 U.S.C. §503(b)(1)(A) in the total amount of Thirteen Thousand Two Hundred Twenty-Five and 22/100 Dollars ($13,225.22), summarized as follows:

| Provider | Amount |
|---|---|
| Todco Barricade Company | $ 75.96 |
| Todco Barricade Company | $ 78.49 |
| Todco Barricade Company | $ 75.96 |
| Hancock & Dana, PC | $ 6,850.00 |
| E & A Consulting Group, Inc. | $ 343.17 |
| E & A Consulting Group, Inc. | $ 349.46 |
| E & A Consulting Group, Inc. | $ 478.15 |
| OPPD | $ 4,974.03 |
| **Total** | **$13,225.22** |

Therefore, Sanitary and Improvement District #509 of Douglas County, Nebraska and the Committee of Unsecured Creditors ask that this Court allow as administrative expenses in these proceedings payment in the total amount of Thirteen Thousand Two Hundred Twenty-Five and 22/100 Dollars ($13,225.22), as set forth above.

1

Dated this 30th day of December, 2009.

                SANITARY AND IMPROVEMENT
                DISTRICT #509 OF DOUGLAS
                COUNTY, NEBRASKA

                By /s/ Mark J. LaPuzza
                    Mark J. LaPuzza #22677
                    Pansing Hogan Ernst Bachman LLP
                    10250 Regency Circle, Suite 300
                    Omaha, NE 68114
                    (402) 397-5500
                    Fax : (402) 397-4853
                    Email: mjlbr@pheblaw.com
                ITS ATTORNEY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, this 30th day of December, 2009 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of December 30, 2009 at 1:00 p.m. CDT.

The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 30th day of December, 2009, to the following:

Patricia Fahey

                /s/ Mark J. LaPuzza

```
PAGE   1                TODCO BARRICADE COMPANY           I N V O I C E
                            4660 "G" STREET
                           OMAHA  NE   68117                 OCT 0 7 2009
                          PH (402) 733-3150


CUST :  SID #509                         JOB : HWS CLEVELAND & GRAND AVE
        E & A CONSULTANTS
        330 NO 117TH ST                        ORDERED BY BOB
        OMAHA  NE  68154-2509


                 CUST NO.    CUST P.O.      INV NO   INV DATE   MINIMUM
                 ---------------------------------------------------------
                 318-8287   1/16/09         108177   09/30/2009    0.00
                 ---------------------------------------------------------
DESCRIPTION       DEL  PU  BAL  FROM-DTE   TO-DTE   QTY DAYS  PRICE   TOTAL
---------------------------------------------------------------------------

TYPE II BARR-A LIGHT  0   0   4  09/01/2009 09/30/2009  4   30  0.600  72.00
```

Approved by E & A Consulting Group, Inc.
Date: 10/13/09
Initials: RFC
SID No.: 509 (Buchman)
Project No.: 2003.194.000

```
              RENTAL  DEL/SERV  FUEL/LAB  STATE TAX  CITY-TAX  TOTAL DUE
              -----------------------------------------------------------
              72.00    0.00      0.00       3.96      0.00      75.96
              -----------------------------------------------------------
```

```
PAGE   1                TODCO BARRICADE COMPANY              I N V O I C E
                              4660 "G" STREET
                             OMAHA NE   68117
                             PH (402) 733-3150
                                                              NOV 0 6 2009

CUST :  SID #509                        JOB : HWS CLEVELAND & GRAND AVE
        E & A CONSULTANTS
        330 NO 117TH ST                 ORDERED BY BOB
        OMAHA  NE  68154-2509


                 CUST NO.    CUST P.O.     INV NO    INV DATE    MINIMUM
                 ----------------------------------------------------------
                 318-8287    1/16/09       108476    10/31/2009    0.00
                 ----------------------------------------------------------
DESCRIPTION       DEL  PU  BAL  FROM-DTE    TO-DTE   QTY  DAYS  PRICE   TOTAL
-----------------------------------------------------------------------------
TYPE II BARR-A LIGHT  0   0    4 10/01/2009 10/31/2009   4   31  0.600   74.40
```

Approved by E & A Consulting Group, Inc.
Date: 11/24/09
Initials: RFC
SID No. 509 (Bachman)
Project No. 2003.194.000

```
         RENTAL   DEL/SERV  FUEL/LAB   STATE TAX  CITY-TAX  TOTAL DUE
         -------------------------------------------------------------
          74.40     0.00      0.00       4.09       0.00      78.49
         -------------------------------------------------------------
```

```
PAGE   1              TODCO BARRICADE COMPANY            I N V O I C E
                         4660 "G" STREET
                         OMAHA NE  68117
                       PH (402) 733-3150
                                                              DEC 0 7 2009

CUST :  SID #509                    JOB : HWS CLEVELAND & GRAND AVE
        E & A CONSULTANTS
        330 NO 117TH ST                  ORDERED BY BOB
        OMAHA  NE  68154-2509

                  CUST NO.     CUST P.O.        INV NO    INV DATE   MINIMUM
                  ------------------------------------------------------------
                  318-8287  1/16/09             108731    11/30/2009    0.00

DESCRIPTION         DEL  PU BAL  FROM-DTE   TO-DTE    QTY DAYS  PRICE    TOTAL
-----------------------------------------------------------------------------

TYPE II BARR-A LIGHT  0   0   4  11/01/2009 11/30/2009  4   30  0.600    72.00
```

Approved by E & A Consulting Group, Inc.
Date: 12/11/09
Initials: RFC
SID No. 509 (Buchman)
Project No. 2003.194.m

```
              RENTAL    DEL/SERV   FUEL/LAB   STATE TAX   CITY-TAX   TOTAL DUE
              -----------------------------------------------------------------
              72.00      0.00       0.00        3.96        0.00       75.96
              -----------------------------------------------------------------
```

# HANCOCK & DANA, PC

*CERTIFIED PUBLIC ACCOUNTANTS*
*12829 WEST DODGE ROAD*
*SUITE 100*
*OMAHA, NE 68154*
*(402)391-1065*

*SID NO. 509*
*DENNY HOGAN*
*C/O PANSING, HOGAN, ERNST & BACHMAN LLP*
*10250 REGENCY CIRCLE*
*SUITE 300*
*OMAHA, NE 68114*

| | |
|---|---|
| Invoice No. | *43693* |
| Date | *11/11/2009* |
| Client No. | *04885.0* |
| Terms: | *Due Upon Receipt* |

**PROGRESS BILLING:**
ON ALL MATTERS RELATIVE TO THE 2009 BUDGET AND THE AUDITED
FINANCIAL STATEMENTS FOR THE YEAR ENDED JUNE 30, 2009.

| | | |
|---|---|---|
| CURRENT AMOUNT DUE | $ | 6,850.00 |
| PRIOR BALANCE | | 0.00 |
| TOTAL AMOUNT DUE | $ | 6,850.00 |

**E&A Consulting Group, Inc.**
330 North 117th Street
Omaha, NE 68154
402-895-4700

| | |
|---|---|
| Douglas County SID #509 | October 16, 2009 |
| c/o Mr. John Q. Bachman, Attorney | Project No:    P2003.194.000 |
| 10250 Regency Circle, Suite 300 | Invoice No:    110341 |
| Omaha, NE 68114 | |

Project    P2003.194.000    Sagewood--174th & Fort Street--District Maintenance

Professional Services from August 31, 2009 to September 27, 2009

Phase    010    As-Builts
Professional Personnel

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Eng. Technician IV | .25 | 75.00 | 18.75 | |
| Totals | .25 | | 18.75 | |
| Total Labor | | | | 18.75 |
| | | Total this Phase | | $18.75 |

Phase    196    Erosion Control
Professional Personnel

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Erosion Control Specialist I | 1.25 | 60.00 | 75.00 | |
| Erosion Control Specialist III | .75 | 84.00 | 63.00 | |
| Totals | 2.00 | | 138.00 | |
| Total Labor | | | | 138.00 |
| | | Total this Phase | | $138.00 |

Phase    440    Repairs/Maintenance
Professional Personnel

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Admin Assistant Const. | .75 | 52.00 | 39.00 | |
| Engineer III | 1.50 | 85.00 | 127.50 | |
| Totals | 2.25 | | 166.50 | |
| Total Labor | | | | 166.50 |
| | | Total this Phase | | $166.50 |

Phase    999    Expenses
Reimbursable Expenses

| | | | | |
|---|---|---|---|---|
| Mileage/Per Diem | | | 19.92 | |
| Total Reimbursables | | | 19.92 | 19.92 |
| | | Total this Phase | | $19.92 |

| | | | |
|---|---|---|---|
| | | Total this Invoice | $343.17 |

Approved: _____

Thomas Rasmussen

**E&A Consulting Group, Inc.**
330 North 117th Street
Omaha, NE  68154
402-895-4700

Douglas County SID #509
c/o Mr. John Q. Bachman, Attorney
10250 Regency Circle, Suite 300
Omaha, NE  68114

November 16, 2009
Project No:   P2003.194.000
Invoice No:   110592

Project        P2003.194.000        Sagewood--174th & Fort Street--District Maintenance

Professional Services from September 28, 2009 to October 25, 2009

---

| Phase | 001 | District Maintenance | | | |
|---|---|---|---|---|---|
| Task | 010 | As-Builts | | | |

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Eng. Technician IV | .25 | 75.00 | 18.75 | |
| Totals | .25 | | 18.75 | |
| **Total Labor** | | | | **18.75** |

| | | Total this Task | **$18.75** |
|---|---|---|---|

---

| Task | 440 | Repairs/Maintenance | | | |
|---|---|---|---|---|---|

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Engineer III | .50 | 85.00 | 42.50 | |
| Landscape Designer | .25 | 67.00 | 16.75 | |
| Totals | .75 | | 59.25 | |
| **Total Labor** | | | | **59.25** |

| | | Total this Task | **$59.25** |
|---|---|---|---|

---

| Task | 999 | Expenses | | |
|---|---|---|---|---|

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Mileage/Per Diem | | | 2.98 | |
| Total Reimbursables | | | 2.98 | 2.98 |

| | | Total this Task | **$2.98** |
|---|---|---|---|

| | | Total this Phase | **$80.98** |
|---|---|---|---|

---

| Phase | 002 | Erosion & Sediment Control Inspecting/Reporting |
|---|---|---|

| Project | P2003.194.000 | Sagewood--174th & Fort Street--District Maintenance | | Invoice 110592 | |
|---|---|---|---|---|---|

Task    196    Erosion Control
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Erosion Control Specialist I | 3.00 | 60.00 | 187.50 | |
| Erosion Control Specialist III | .75 | 84.00 | 63.00 | |
| Totals | 3.75 | | 250.50 | |
| Total Labor | | | | 250.50 |
| | | Total this Task | | $250.50 |

Task    999    Expenses
**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Mileage/Per Diem | | | 17.98 | |
| Total Reimbursables | | | 17.98 | 17.98 |
| | | Total this Task | | $17.98 |
| | | Total this Phase | | $268.48 |
| | | Total this Invoice | | $349.46 |

Approved: _____

Thomas Rasmussen

E&A Consulting Group, Inc.
330 North 117th Street
Omaha, NE 68154
402-895-4700

Douglas County SID #509　　　　　　　　　　　　　　　　December 14, 2009
c/o Mr. John Q. Bachman, Attorney　　　　　　　　　　　Project No:　　P2003.194.000
10250 Regency Circle, Suite 300　　　　　　　　　　　　Invoice No:　　110785
Omaha, NE 68114

Project　　P2003.194.000　　Sagewood--174th & Fort Street--District Maintenance

Professional Services from October 26, 2009 to November 22, 2009

---

Phase　　001　　District Maintenance

Task　　010　　As-Builts
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Const. Depart. Manager III | .50 | 110.00 | 55.00 |  |
| Totals | .50 |  | 55.00 |  |
| **Total Labor** |  |  |  | 55.00 |

　　　　　　　　　　　　　　　　　　　　　　　Total this Task　　$55.00

---

Task　　440　　Repairs/Maintenance
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Engineer III | 1.00 | 85.00 | 85.00 |  |
| Landscape Designer | .75 | 67.00 | 50.25 |  |
| Totals | 1.75 |  | 135.25 |  |
| **Total Labor** |  |  |  | 135.25 |

　　　　　　　　　　　　　　　　　　　　　　　Total this Task　　$135.25

---

Task　　999　　Expenses
**Reimbursable Expenses**

| Mileage/Per Diem |  | 19.40 |  |
|---|---|---|---|
| **Total Reimbursables** |  | **19.40** | 19.40 |

　　　　　　　　　　　　　　　　　　　　　　　Total this Task　　$19.40

　　　　　　　　　　　　　　　　　　　　　　　Total this Phase　　$209.65

---

Phase　　002　　Erosion & Sediment Control Inspecting/Reporting

| Project | P2003.194.000 | Sagewood--174th & Fort Street--District Maintenance | | Invoice 110785 | |
|---|---|---|---|---|---|

Task    196    Erosion Control

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Erosion Control Specialist I | 2.00 | 60.00 | 142.50 | |
| Erosion Control Specialist III | 1.50 | 84.00 | 126.00 | |
| Totals | 3.50 | | 268.50 | |
| Total Labor | | | | 268.50 |
| | | Total this Task | | $268.50 |
| | | Total this Phase | | $268.50 |
| | | Total this Invoice | | $478.15 |

Approved: _____

Thomas Rasmussen

**OPPD**
Omaha Public Power District

Page 1 of 1

ACCOUNT NUMBER: 5554172329
0014994  O    1030

STATEMENT DATE    October 30, 2009

Amount Paid _____

Net Amount Due Upon Receipt    $4,959.75

Gross Amount Due After Nov 19, 2009    $4,959.75

SID 509 DOUGLAS CO - FALLING W
%JOHN Q. BACHMAN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

0155541723290000004959750000049597520091193
Please return this portion with payment - Bring entire bill when making payment in the office

Customer Name:    SID 509 DOUGLAS CO
Service Location:    17700 FORT ST,STLT
                     OMAHA NE
Account Number:    5554172329

For Bill Inquiries Call The
Omaha Office (402) 346-4636

Billing Period
From            To
9-29-2009      10-29-2009

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 61211 151 Lamps @ $15.95 per Lamp @ 30 Days | 2,408.45 |
| Fuel & Transportation Cost Adjust. | 76.62 |
| Total Current Bill | 2,485.07 |
| Account Status from Prior Bill | 7,405.86 |
| Payments Received | 4,931.18 CR |
| Net Amount Due Upon Receipt | $4,959.75 |
| Bill Delinquent and Gross Amount Due After 11/19/09 | $4,959.75 |



SEE REVERSE SIDE

**OPPD**
Omaha Public Power District

Page 1 of 1

ACCOUNT NUMBER: **5554172329**
0014809  O    1125

STATEMENT DATE  November 25, 2009

Amount Paid _____

| | |
|---|---|
| Net Amount Due Upon Receipt | $4,974.03 |
| Gross Amount Due After Dec 17, 2009 | $4,974.03 |

SID 509 DOUGLAS CO - FALLING W
%JOHN Q. BACHMAN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

0155541723290000049740300000497403200912174

Please return this portion with payment - Bring entire bill when making payment in the office

Customer Name:    SID 509 DOUGLAS CO
Service Location: 17700 FORT ST,STLT
                  OMAHA NE
Account Number:   5554172329

For Bill Inquiries Call The
Omaha Office (402) 346-4636

**Billing Period**

| From | To |
|---|---|
| 10-29-2009 | 11-25-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 61211  151 Lamps @ $15.95 per Lamp @ 27 Days | 2,408.45 |
| Fuel & Transportation Cost Adjust. | 80.51 |
| Total Current Bill | 2,488.96 |
| Account Status from Prior Bill | 4,959.75 |
| Payments Received | 2,474.68 CR |
| Net Amount Due Upon Receipt | $4,974.03 |
| Bill Delinquent and Gross Amount Due After 12/17/09 | $4,974.03 |

SEE REVERSE SIDE