UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-83145 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #509 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF MOTION TO APPROVE ISSUANCE OF SECURITIES AND RELATED
PROCEDURES AND NOTICE OF MOTION FOR EXPEDITED HEARING ON
MOTION TO APPROVE ISSUANCE OF SECURITIES AND RELATED PROCEDURES**

COMES NOW, Sanitary and Improvement District #509 of Douglas County, Nebraska, by and through its attorney, and hereby notifies the parties and/or recipient below as follows:

1.     That on May 26, 2010, Sanitary and Improvement District #509 of Douglas County, Nebraska, filed a Motion to Approve Issuance of Securities and Related Procedures and Motion for Expedited Hearing on Motion to Approve Issuance of Securities and Related Procedures.

2.     Any parties in interest who object to the Court approving the Motion to Approve Issuance of Securities and Related Procedures and Motion for Expedited Hearing on Motion to Approve Issuance of Securities and Related Procedures must properly make their objection to the Court on or before **June 10th, 2010**.

3.     That if no objection is received, the Court may enter an Order approving the Motion to Approve Issuance of Securities and Related Procedures and Motion for Expedited Hearing on Motion to Approve Issuance of Securities and Related Procedures.

Dated this 28th day of May, 2010.

**SANITARY AND IMPROVEMENT DISTRICT
#509 OF DOUGLAS COUNTY, NEBRASKA**,
Debtor


By: /s/ Mark J. LaPuzza
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
Fax: (402) 397-4853
Email: mjlbr@pheblaw.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, this 28th day of May, 2010 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of May 28, 2010 at 11:15 a.m. CDT.


/s/ Mark J. LaPuzza